IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § § § | |
| v. | § | Criminal Action No. 2:19-CR-00167-Z-BR |
| ALAN ACUNA-RIOS (1) | § § § | |
| Defendant. | § | |



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 1 0 2019
CLERK, U.S. DISTRICT COURT
By_____
Deputy

## ORDER ADOPTING REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

On November 25, 2019, the United States Magistrate Judge issued a Report and Recommendation Concerning Plea of Guilty ("Report and Recommendation") in the above referenced cause. Defendant Alan Acuna-Rios filed no objections to the Report and Recommendation within the fourteen-day period set forth in 28 U.S.C. § 636(b)(1). The Court independently examined all relevant matters of record in the above referenced cause—including the elements of the offense, Factual Resume, Plea Agreement, and Plea Agreement Supplement—and thereby determined that the Report and Recommendation is correct. Therefore, the Report and Recommendation is hereby ADOPTED by the United States District Court. Accordingly, the Court hereby FINDS that the guilty plea of Defendant Alan Acuna-Rios was knowingly and voluntarily entered; ACCEPTS the guilty plea of Defendant Alan Acuna-Rios; and ADJUDGES Defendant Alan Acuna-Rios guilty of Count One in violation of 8 U.S.C. § 1326(a) and 6 U.S.C §§ 202(3), 202(4), and 557. Sentence will be imposed in accordance with the Court's sentencing scheduling order.

**SO ORDERED**, December 10, 2019.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE